# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ECORE INTERNATIONAL, INC. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 11-6843 |
| PAUL DOWNEY, et al. | : | |

## ORDER

**AND NOW**, this 10th day of September 2020, upon consideration of Plaintiff's Motion *in Limine* No. 8 (ECF No. 99), Defendants' Opposition thereto (ECF No. 117), and Plaintiff's Reply (ECF No. 121), it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:


/s/ R. Barclay Surrick
R. BARCLAY SURRICK, J.